**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 294 EAL 2022

           Respondent                    :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

           v.                            :

                                         :

KENNETH HOLMES,                   :

                                         :

           Petitioner                     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.